103 A.3d 325

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John HART, Petitioner.**

**No. 141 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 13, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

103 A.3d 325

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anwar S. ALI, Petitioner.**

**No. 140 EM 2014.**

Supreme Court of Pennsylvania.

Nov. 13, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2014, the Petition for Review is **DENIED.**